FRANK GARRETT, PLAINTIFF IN ERROR, v. ATLANTIC CITY AND SHORE RAILROAD COMPANY, DEFENDANT IN ERROR.

Argued November 16, 1910—Decided March 6, 1911.

On error to the Supreme Court, whose opinion is reported in 50 *Vroom* 127.

For the plaintiff in error, *Wescott & Wescott.*

For the defendant in error, *Thompson & Cole.*

PER CURIAM.

The judgment under review should be affirmed, for the reasons expressed in the opinion of Mr. Justice Parker in the Supreme Court.

*For affirmance*—SWAYZE, REED, TRENCHARD, BERGEN, VOORHEES, MINTURN, VREDENBURGH, VROOM, CONGDON, JJ.   9.

*For reversal*—THE CHANCELLOR, BOGERT, J.   2.